No. A–891. BENJAMIN S. *v.* KURIANSKY, DEPUTY AT-TORNEY GENERAL OF NEW YORK. Ct. App. N. Y. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–897. COASTAL PETROLEUM CO. *v.* MOBIL OIL CORP.; and

No. A–913. BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF FLORIDA *v.* MOBIL OIL CORP. C. A. 11th Cir. Applications for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–906. ANDERSON ET AL. *v.* FLATEAU ET AL. Application for stay of the order of the United States District Court for the Southern District of New York, entered March 26, 1982, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–265. IN RE DISBARMENT OF GRANT. It is ordered that Arthur H. Grant, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–266. IN RE DISBARMENT OF FELDMAN. It is ordered that Herman Feldman, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–267. IN RE DISBARMENT OF DEFAZIO. It is ordered that Charles DeFazio III, of Newark, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.